EDWARD E. YOUNG, Appellant, v. INTERNATIONAL MOTOR COMPANY, Respondent.— The facts of this case do not distinguish it from the rule expressed in *McGuire* v. *Autocar Sales Co.* (150 App. Div. 278). The judg-

ment is reversed and a new trial granted, costs to abide the event. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.